**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

IRMA JEAN ROUTEN                                                                          PLAINTIFF

v.                                        NO. 4:15CV00705 JLH

DEXTER SUGGS, individually and in his
official capacity as Superintendent; and
LITTLE ROCK SCHOOL DISTRICT                                                  DEFENDANTS

## JUDGMENT

Pursuant to the Findings of Fact and Conclusions of Law entered separately today, judgment is entered in favor of Dexter Suggs in his official capacity and the Little Rock School District on the claims of Irma Jean Routen. The claims of Irma Jean Routen against Dexter Suggs in his individual capacity are dismissed without prejudice.

IT IS SO ORDERED this 12th day of January, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE